IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DONALD MAHAN**                                                                      **PLAINTIFF**

**v.**                          **CASE NO. 4:21-CV-00870-BSM**

**SOCIAL SECURITY ADMINISTRATION**                      **DEFENDANT**

## ORDER

After careful consideration, Magistrate Judge Edie R. Ervin's recommended disposition [Doc. No. 14] is approved and adopted in its entirety. The Commissioner's decision is hereby reversed and remanded for further review.

IT IS SO ORDERED this 5th day of October, 2022.

                                                                     _____
                                                                     UNITED STATES DISTRICT JUDGE