IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DONALD MAHAN                                                                             PLAINTIFF

v.                        CASE NO. 4:21-CV-00870-BSM

SOCIAL SECURITY ADMINISTRATION                      DEFENDANT

## JUDGMENT

Consistent with the order entered today, this case is reversed and remanded. Judgment is entered in favor of plaintiff Donald Mahan. This is a sentence four remand under 42 U.S.C. section 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 5th day of October, 2022.

                                                                      _____
                                                                      UNITED STATES DISTRICT JUDGE